UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
PCL (SHIPPING) PTE. LTD.,                :          08 Civ. _____
                                         :
                    Plaintiff,           :
                                         :          ECF CASE
    - against -                          :
                                         :
AGARWAL COAL CORPORATION,                :
                                         :
                    Defendant.           :
-------------------------------------------------------X

RECEIVED MAY 27 2008 U.S.D.C. S.D.N.Y. CASHIERS

## DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: May 27, 2008
New York, NY

                                         The Plaintiff,
                                         PCL (SHIPPING) PTE. LTD.

                                    By:  _____
                                         Patrick F. Lennon
                                         Anne C. LeVasseur
                                         LENNON, MURPHY & LENNON, LLC
                                         The Gray Bar Building
                                         420 Lexington Ave., Suite 300
                                         New York, NY 10170
                                         (212) 490-6050
                                         facsimile (212) 490-6070
                                         pfl@lenmur.com
                                         acl@lenmur.com