UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
PCL (SHIPPING) PTE. LTD.,

           Plaintiff,

- against -

AGARWAL COAL CORPORATION,

           Defendant.
-------------------------------------------------------X

08 CV 4892 (RJH)
08 cv 04872
ECF CASE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/08

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE, there having been no appearance from Defendant, that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Fed. R. Civ. P. 41(a).

The attachment is hereby vacated and the garnishees are directed to release any and all of Defendant's funds restrained pursuant to the Ex Parte Order and Process of Maritime Attachment and Garnishment in accordance with the original wire transfer instructions.

Dated: June 10, 2008
      New York, New York

                          The Plaintiff,
                         PCL (SHIPPING) PTE. LTD.,

                         By: _Anne C. LeVasseur_
                         Patrick F. Lennon
                         Anne C. LeVasseur
                         LENNON, MURPHY & LENNON, LLC
                         The GrayBar Building
                         420 Lexington Ave., Suite 300
                         New York, NY 10170
                         (212) 490-6050
                         (212) 490-6070 fax
                         acl@lenmur.com
                         pfl@lenmur.com

**SO ORDERED:**

_/s/_
U.S.D.J.
6/17/08